UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS SANTOS,<br><br>        Plaintiff,<br><br> - against -<br><br>LOS ANGELES TIMES COMMUNICATIONS LLC<br><br>        Defendant. | Docket No. 3:19-cv-5424<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Marcus Santos ("Santos" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Los Angeles Times Communications LLC ("LA Times" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photographs of the aftermath of Hurricane Maria in Puerto Rico, owned and registered by Santos, a professional photographer. Accordingly, Santos seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant transacts business in California.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Santos is a professional photographer in the business of licensing his photographs to print and media outlets for a fee having a usual place of business at 401 East 89th Street, Apt 2B, New York, New York 10128.

6. Upon information and belief, LA Times is a corporation duly organized and existing under the laws of the State of Delaware, with a place of business at 388 Market Street, Suite 1550, San Francisco, California 94111. Upon information and belief, LA Times is registered with the California State Department of Corporations to do business in California at all times material, hereto, LA Times has owned and operated a website at the URL: www.LATimes.com (the "Website").

## STATEMENT OF FACTS

### A. Background and Plaintiff's Ownership of the Photographs

7. Santos photographed the aftermath of Hurricane Maria in Puerto Rico (the "Photographs"). A true and correct copy of the Photographs is attached hereto as Exhibit A1-A-8.

8. Santos is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

10. The Photographs were registered with the United States Copyright Office and were given registration numbers VA 2-083-869 and VA 2-127-018.

### B. Defendant's Infringing Activities

11. LA Times ran the Photographs on the Website. Screenshots of the Photographs on the Website are attached hereto as Exhibit B.

12. LA Times did not license the Photographs from Plaintiff for its Website, nor did LA Times have Plaintiff's permission or consent to publish the Photographs on its Website.

**<u>CLAIM FOR RELIEF</u>**
**<u>(COPYRIGHT INFRINGEMENT AGAINST CHRISTIANITY)</u>**
**(17 U.S.C. §§ 106, 501)**

14. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

15. LA Times infringed Plaintiff's copyright in the Photographs by reproducing and publicly displaying the Photographs on the Website. LA Times is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photographs.

16. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

17. Upon information and belief, the foregoing acts of infringement by LA Times have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

18. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

19. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

20. Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant LA Times be adjudged to have infringed upon Plaintiff's copyrights in the Photographs in violation of 17 U.S.C §§ 106 and 501;

2. Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
August 28, 2019

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305

Valley Stream, New York
Tel: 516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Marcus Santos*