# EXHIBIT A-2











