# EXHIBIT A -3















