# EXHIBIT A-4









