# EXHIBIT A-5















