# EXHIBIT A-6







