# EXHIBIT A-7











