# EXHIBIT A-8



