# EXHIBIT B













































































