Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff
Marcus Santos

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS SANTOS, | ) |
| | ) CASE NO.  3:19-cv-5424-EMC |
| Plaintiff, | ) |
| vs. | ) |
| | ) **NOTICE OF APPEARANCE OF** |
| LOS ANGELES TIMES COMMUNICATIONS LLC , | ) **GREGORY P. GOONAN ON BEHALF OF PLAINTIFF MARCUS SANTOS** |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE OF GREGORY P. GOONAN ON BEHALF OF PLAINTIFF MARCUS SANTOS**

1

TO THE COURT, THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Gregory P. Goonan of The Affinity Law Group hereby makes a general appearance as local counsel on behalf of plaintiff Marcus Santos. Mr. Goonan is a member of the California Bar and admitted to practice before this Court. Counsel consents to electronic service of all papers in this case. Counsel's contact information is as follows:

> Gregory P. Goonan
> The Affinity Law Group
> 5230 Carroll Canyon Road, Suite 230
> San Diego, CA  92121
> Tel:  858-412-4296
> Fax:  619-243-0088
> Email:  ggoonan@affinity-law.com

DATED: November 19, 2019        THE AFFINITY LAW GROUP

                                By:  /s/ Gregory P. Goonan
                                     Gregory P. Goonan
                                     Attorneys for Plaintiff
                                     Marcus Santos

**NOTICE OF APPEARANCE OF GREGORY P. GOONAN ON BEHALF OF PLAINTIFF MARCUS SANTOS**

2