THE AFFINITY LAW GROUP
Gregory P. Goonan (Cal Bar # 119821)
5755 Oberlin Drive, Suite 200
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCUS SANTOS<br><br>Plaintiff,<br><br>- against -<br><br>LOS ANGELES TIMES COMMUNICATIONS LLC<br><br>Defendant. | Case No. 3:19-cv-05424 (EMC)<br><br>**DECLARATION OF RICHARD LIEBOWITZ**<br><br><u>Judge</u>: Hon. Edward M. Chen<br><br><u>Date Filed</u>: August 28, 2019<br><br><u>Trial Date</u>: Not yet set |

I, RICHARD LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

1. On November 18, 2019, Defendant Los Angeles Times, via counsel Karl Olsen, filed a false and misleading submission *in the Matter of Richard P. Liebowitz*, indicating that on October 7, 2019, Judge Donato ordered me to "disclose these OSC proceeding to any judge in this district before whom Liebowitz has a pending pro hac vice application." Mr. Olsen went on

1309138.v1

to say that "there appears no indication that Mr. Liebowitz has disclosed in the *Santos* matter anything about the OSC proceedings that occurred in this case."

2. To the extent Mr. Olsen is arguing that I violated Judge Donato's order by not disclosing the OSC proceedings to this Court, Mr. Olsen's claim is false. Judge Donato only ordered me to disclose the OSC proceedings in cases where a *pro hac vice* application was "pending" as of October 7, 2019.

3. Here, my *pro hac vice* application was granted by the Court on October 2, 2019 [Dkt. #9], prior to Judge Donato's October 7 order. Accordingly, I am full compliance with Judge Donato's 10/7/19 order.

4. Furthermore, Gregory Goonan, who is designated local counsel, has filed his notice of appearance in this action [Dkt. #22]

5. As such, any of Defendant's remaining objections to my *pro hac* status are moot.

Dated: Valley Stream, New York
November 19, 2019

/s/richardliebowitz/
RICHARD LIEBOWITZ