UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS SANTOS,<br><br>                                       Plaintiff,<br><br>- against -<br><br>LOS ANGELES TIMES COMMUNICATIONS LLC<br><br>                                       Defendant. | Docket No. 3:19-cv-5424 |

**NOTICE OF SETTLEMENT**

The parties have reached a settlement in principle. The parties will file a stipulation of dismissal within the next 30 days.

/s/Richard Liebowitz
Richard Liebowitz