UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS SANTOS<br><br>      Plaintiff,<br><br>v.<br><br>LOS ANGELES TIMES COMMUNICATIONS LLC<br><br>      Defendant. | NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))<br><br>Case No.: 3:19-cv-5424 |

   IT IS HEREBY NOTICED that the above case has been settled and should be dismissed with prejudice.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: January 13, 2020

*Attorneys for Plaintiff Marcus Santos*



Dated: January 13, 2020